.Freda Trop v. Maurice Friedberg and Others.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

E. Lissberger Company v. Maurice Lobsitz.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Caroline Stern v. Mutual Life Insurance Company and Others.— Appellant must print and serve the pleadings in the action. Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

James Pollitz v. Wabash Railroad Company and Others. James Pollitz v. Wabash Railroad Company and Others. James Pollitz v. Wabash Railroad Company and Others.— Motions for reargument denied, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.